SASSAN J. MASSERAT, SBN 231104
SMasserat@MasseratLaw.com
**MASSERAT LAW GROUP**
468 North Camden Drive, Second Floor
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile:  (310) 943-2315

Attorney for Plaintiff
ELAINE M. BENNETT

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE M. BENNETT, an individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MARZIO DAMIANO AIELLO, an individual; and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | **CASE NO. 5:15-CV-01204-JFW-KK**<br>Assigned to Hon. John F. Walter<br><br>**JUDGMENT.** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff, ELAINE M. BENNETT ("Plaintiff"), is hereby awarded final judgment on her claims for relief against Defendant MARZIO DAMIANO AIELLO ("Defendant"), in the sum of **$108,328.00**, as the prevailing party in this action, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and under Local Rule 55-1.

**IT IS SO ORDERED.**

DATED: January 12, 2017

By: _____
**Hon. John F. Walter**
**U.S. District Court Judge**

---

**JUDGMENT**